ACCEPTED
04-15-00185-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/8/2015 8:46:39 AM
KEITH HOTTLE
CLERK

CAUSE NO. 041500185CV

| | | |
|---|---|---|
| BEXAR COUNTY HOSPITAL | § | IN THE FOURTH COURT |
| DISTRICT d/b/a UNIVERSITY | § | |
| HEALTH SYSTEM | § | OF APPEALS |
| | § | |
| V. | § | |
| | § | |
| THERESA L. ESPINOZA | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/8/2015 8:46:39 AM
KEITH E. HOTTLE
Clerk

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

NOW COMES the Bexar County Hospital District d/b/a University Health System, Appellant herein, and files this its Motion to Dismiss Appeal and in support thereof, shows the Court as follows:

1.     This is an interlocutory appeal of an Order denying Motion to Dismiss signed on February 27, 2015. Appellant's Notice of Appeal was filed in the trial court on March 13, 2015. Appellant filed its Docketing Statement on March 31, 2015. The Clerk's Record has been requested, but has not yet been filed.

2.     Appellant's Brief is not yet due. Appellant requests that this interlocutory appeal be dismissed because Plaintiff has filed a Nonsuit of the underlying action in the trial court and therefore, the issues to be raised in this interlocutory appeal are now moot.

WHEREFORE, PREMISES CONSIDERED, Appellant Bexar County Hospital District d/b/a University Health System, requests that its Motion to Dismiss Appeal be in all things granted and that it be granted any other relief to which it may be requested.

Respectfully submitted,

**LAURA A. CAVARETTA**
State Bar No. 04022820

1

**CAVARETTA, KATONA & LEIGHNER PLLC**
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
Cavarettal@ckf-law.com
San Antonio, TX 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908

**ATTORNEY FOR APPELLANT, BEXAR**
**COUNTY HOSPITAL DISTRICT d/b/a**
**UNIVERSITY HEALTH SYSTEM**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been furnished to the following, as indicated, this _8th_ day of May, 2015:

Richard Sarabia                                    *VIA ELECTRONIC FILING SERVICE*
The Law Offices of Ed Goldner, PC
1616 San Pedro
San Antonio, Texas 78216
richard@edgoldner.com
Attorney for Appellee


_____
LAURA A. CAVARETTA

2